UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SHEDRICK NORTHERN, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 2:21 CV 242 |
| v. | ) |
| | ) |
| HOME DEPOT U.S.A., INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge John E. Martin (DE # 42), the court now **ADOPTS** that report and recommendation, and this case is **DISMISSED without prejudice.**

**SO ORDERED.**

Date: February 7, 2024

 s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT